Form 8

FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Jack Wolfskin Ausrustung Fur Draussen GmbH & Co v. New Millennium Sports, S.L.U.

No. 14-1789

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　　☑ As counsel for:　New Millennium Sports, S.L.U.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant
☐ Appellant　　☑ Appellee　　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Philip R. Bautista |
| Law firm: | Taft Stettinius & Hollister LLP |
| Address: | 200 Public Square, Ste. 3500 |
| City, State and ZIP: | Cleveland, Ohio 44114 |
| Telephone: | (216) 241-2838 |
| Fax #: | (216) 241-3707 |
| E-mail address: | pbautista@taftlaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/2/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes　　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 9/25/2014 | /s/ Philip R. Bautista |
| Date | Signature of pro se or counsel |

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2014, I caused a copy of the ENTRY OF APPEARANCE FOR PHILIP R. BAUTISTA to be served upon Opposer's attorney, Richard Z. Lehv, Esq., by e-mail to rlehv@fzlz.com and by prepaid, first-class mail to Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, NY 10017.

/s/ Philip R. Bautista
Philip R. Bautista

cc: Robert A. Becker
    Fross, Zelnick, Lehrman & Zissu, P.C.
    866 United Nations Plaza
    First Avenue & 48th Street
    New York, NY 10017
    rbecker@frosszelnick.com