**Form 9**

## FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jack Wolfskin Ausrustung fur Draussen GmbH & Co. KgaA v. New Millennium Sports, S.L.U.

No. 14-1789

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee New Millennium Sports, S.L.U. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

New Millennium Sports, S.L.U.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

New Millennium Sports, S.L.U.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

El Secreto De la Dama, S.L.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Philip R. Bautista, Taft Stettinius & Hollister LLP
Jonathan G. Polak, Taft Stettinius & Hollister LLP

September 25, 2014  /s/ Philip R. Bautista
Date                Signature of counsel

Philip R. Bautista
Printed name of counsel

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2014, I caused a copy of APPELLEE'S CERTIFICATE OF INTEREST to be served upon Opposer's attorney, Richard Z. Lehv, Esq., by e-mail to rlehv@fzlz.com and by prepaid, first-class mail to Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, NY 10017.

/s/ Philip R. Bautista
Philip R. Bautista

cc: Robert A. Becker
    Fross, Zelnick, Lehrman & Zissu, P.C.
    866 United Nations Plaza
    First Avenue & 48th Street
    New York, NY 10017
    rbecker@frosszelnick.com